# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

MATTHEW WILLIAMS     PLAINTIFF

v.     No. 1:20CV262-GHD-DAS

LEE COUNTY     DEFENDANT

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 25th day of June, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE